■ HUNT, HILL & BETTS v. A. H. BULL STEAMSHIP COMPANY et al.— Motion for leave to reargue denied, with $10 costs, and the stay contained in the order to show cause, dated January 25, 1960 is vacated. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of LOUIS I. NASH against GAY APPAREL CORPORATION et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Bergan, JJ.

■ SAMUEL FRANCO v. STANDARD MARINE INSURANCE COMPANY, LIMITED.— Application granted. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ HEDWIG SONDEREGGER v. FRANK O'REILLY.— Application denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ IRENE C. CONNELLY et al. v. REGENT PLUMBERS SUPPLY COMPANY, INC.— Application granted; the warrant of eviction issued out of the Municipal Court of the City of New York, Borough of Manhattan, 6th District, on the 6th day of May, 1959, is stayed, on condition that the tenant-appellant files a surety company bond in the sum of $5,000 to secure payment of any rent differential and on the further condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached; the affidavit of Paul R. Shaw, Esq., sworn to January 19, 1960, be and the same hereby is expunged from the papers submitted on this motion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ ROCHELLE ROSENTHAL v. PHILIP ROSENTHAL.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ STRATFORD LEASING CORPORATION v. IRVING MEYERSON.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ BANKERS COMMERCIAL CORP. v. AMERICAN HOME ASSURANCE COMPANY. — Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH LESSER.— Motion for leave to appeal as a poor person from an order of the Court of General Sessions entered November 24, 1959 denying a motion to reargue a coram nobis application. The records of this court demonstrate that essentially the same contentions were raised by defendant and fully considered when the judgment of conviction was unanimously affirmed (8 A D 2d 709). The remedy of coram nobis is unavailable to relitigate issues finally disposed of on a direct appeal from the judgment of conviction. Plainly stated, defendant is not entitled to a second appellate review of the same arguments under the guise of an appeal from the dismissal of a petition for writ of error coram nobis. The motion in all respects is denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.